**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

DERRICK A CALLENDER SR
CARLITA A CALLENDER
668 BULEN AVE
COLUMBUS, OH  43205

Case No:    06-55257

Judge:      C KATHRYN PRESTON

SSN(S):     XXX-XX-0824
            XXX-XX-3993

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  February 05, 2010

/s/ Frank M. Pees
_____
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
| --- | --- |
| LARUETTA R ISON<br>7200 SHADYVILLA LN UNIT 9<br>HOUSTON, TX  770555223 | 33.50 |